# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

E-filing

UNITED STATES OF AMERICA,

V.

BRYAN MITCHELL JONES,
a/k/a/ David Eugene Marcum,

DEFENDANT(S).

## INDICTMENT

VIOLATION:

18 U.S.C. § 1542 - False Statement in Application for United States Passport

---

A true bill.

_____
Foreman

Filed in open court this _____ day of MAY 2008

BETTY FONG
Clerk

EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

No Bail Warrant   Bail, $ _____

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |||
|---|---|---|
| BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING | | Name of District Court, and/or Judge/Magistrate Location<br>NORTHERN DISTRICT OF CALIFORNIA |

**OFFENSE CHARGED**

18 U.S.C. § 1542 – False Statement in Application for United States Passport

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

E-filing

**PENALTY:**

10 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment

**DEFENDANT - U.S.**

▶ BRYAN MITCHELL JONES, a/k/a David Eugene Marcum

DISTRICT COURT NUMBER

WHA

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

U.S. State Department

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.
3-08-70173 JCS

Name and Office of Person Furnishing Information on THIS FORM     Joseph P. Russoniello
☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)     Erika R. Frick

**DEFENDANT**

**IS NOT IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges     ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes ☐ No    If "Yes" give date filed

DATE OF ARREST ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶    Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT    Bail Amount: No bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
                    **E-filing**
3

4

5

6

7

8                UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12 | UNITED STATES OF AMERICA,        )   Cr. No. 08-    WHA
13 |         Plaintiff,                )   VIOLATIONS: 18 U.S.C. § 1542 - False
   |                                   )   Statement in Application for United States
14 |    v.                             )   Passport
   |                                   )
15 |                                   )
   | BRYAN MITCHELL JONES,             )   SAN FRANCISCO VENUE
16 | a/k/a David Eugene Marcum,        )
   |                                   )
17 |         Defendant.                )
   |                                   )
18

19                       INDICTMENT

20  The Grand Jury charges:

21  COUNT ONE:   (18 U.S.C. § 1542 - False Statement in Application for United States Passport)

22      On or about November 21, 2000, in the Northern District of California, the defendant,

23                       BRYAN MITCHELL JONES,
                         a/k/a David Eugene Marcum,
24

25  did willfully and knowingly make a false statement in an application for a United States passport

26  with the intent to induce and to secure the issuance of the passport under the authority of the

27  United States, for his own use and the use of another, contrary to the laws regulating the issuance

28  of passports and the rules prescribed pursuant to such laws, in that he submitted to the San

INDICTMENT

1  Francisco County Clerk's Office, in San Francisco, California, an application for a United States
2  passport in which the defendant stated that his name was David Eugene Marcum, which
3  statement he knew to be false; all in violation of Title 18, United States Code, Section 1542.
4
5  DATED:                                          A TRUE BILL.
6  5-15-08
7                                                 /s/ James E. Vandacker
                                                   FOREPERSON
8
9  JOSEPH P. RUSSONIELLO
   United States Attorney
10
11 /s/ Kyle F. Waldinger
   KYLE F. WALDINGER
12 Deputy Chief, Major Crimes Section
13
14 (Approved as to form  /s/                       )
                         AUSA Frick
15
16
17
...
28

INDICTMENT                                2