1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  ERIKA R. FRICK (CASBN 208150)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-6973
7      Facsimile: (415) 436-7234
       E-Mail: erika.frick@usdoj.gov
8
   Attorneys for Plaintiff
9

10
                        UNITED STATES DISTRICT COURT
11
                       NORTHERN DISTRICT OF CALIFORNIA
12
                            SAN FRANCISCO DIVISION
13

14 UNITED STATES OF AMERICA,      )    No. CR 08-0332 WHA
                                  )
15        Plaintiff,              )
                                  )
16    v.                          )    NOTICE OF SUBSTITUTION
                                  )
17 BRYAN MITCHELL JONES,          )
                                  )
18        Defendant.              )
   _____)
19

20

21      TO THE CLERK OF THE COURT, UNITED STATES DISTRICT COURT FOR THE

22 NORTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES HEREIN:

23

24      PLEASE TAKE NOTICE THAT THE CLERK is hereby asked to enter the appearance

25 of Erika R. Frick, Assistant United States Attorney, and to withdraw the appearance of Derek

26 Owens, the Assistant United States Attorney who was formerly assigned to represent the United

27 States of America.  The Clerk is requested to change the docket sheet and other Court records so

28 as to reflect that all Orders and communications from the Court will in the future be directed to

CR 08-0332 WHA
NOTICE OF SUBSTITUTION                 1

1  AUSA Erika R. Frick at the above mailing address, telephone number, facsimile number, and e-
2  mail address.
3      Please also take notice that, from the date of this request, service on the United States of
4  America should be made on Ms. Frick only.  Please amend your service lists accordingly.  While
5  Brian Stretch, Chief of the Criminal Division, and Joseph P. Russoniello, United States Attorney,
6  will appear on the pleadings with Ms. Frick, no service need be made on them.
7
8  DATED: May 19, 2008         Respectfully submitted,
9                              JOSEPH P. RUSSONIELLO
                                United States Attorney
10
11                                      /S/
12                              _____
                                ERIKA R. FRICK
                                Assistant United States Attorney
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CR 08-0332 WHA
NOTICE OF SUBSTITUTION            2