1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  ERIKA R. FRICK (CSBN 208150)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102
        Telephone: (415) 436-6973
7       Facsimile: (415) 436-7234
        Email:  erika.frick@usdoj.gov
8
   Attorneys for Plaintiff
9

                     UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

                         SAN FRANCISCO DIVISION

   UNITED STATES OF AMERICA,           )    No. CR 08-0332 WHA
                                       )
        Plaintiff,                     )
                                       )    **PETITION FOR WRIT OF HABEAS**
        v.                             )    **CORPUS AD PROSEQUENDUM**
                                       )
   BRYAN MITCHELL JONES,                )
   a/k/a David Eugene Marcum,          )
                                       )
        Defendant.                     )
                                       )
   _____)

        To the Honorable Edward M. Chen, United States Magistrate Judge of the United States

   District Court for the Northern District of California:

        The United States of America respectfully petitions the Court to issue a Writ of Habeas

   Corpus Ad Prosequendum for the prisoner BRYAN MITCHELL JONES, a/k/a David Eugene

   Marcum.  The prisoner is required to appear in the above-referenced matter FORTHWITH for

   //

   //

   //

   PETITION FOR WRIT OF HABEAS CORPUS
   AD PROSEQUENDUM, CR 08-0332 WHA

his initial appearance before the Duty Magistrate in the above-referenced case. His place of custody and jailor are set forth in the following writ.

DATED: May 21, 2008                    Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


_____/s/_____
ERIKA R. FRICK
Assistant United States Attorney

IT IS SO ORDERED.

DATED:

_____
HON. EDWARD M. CHEN
United States Magistrate Judge

PETITION FOR WRIT OF HABEAS CORPUS
AD PROSEQUENDUM, CR 08-0332 WHA

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

To:  Federico Rocha, United States Marshal for the Northern District of California; any of his authorized deputies; and the Jailor, Warden, or Sheriff of the Eastern Oregon Correctional Institute, 2500 Westgate, Pendleton, Oregon 97801-0700, (541) 276-0700.

**GREETINGS**

The prisoner, BRYAN MITCHELL JONES, a/k/a David Eugene Marcum, Inmate # 6188513, is in custody in the above-referenced institution.  He is required to appear FORTHWITH before the Duty Magistrate Judge on criminal charges now pending against him in the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102.  Accordingly,

WE COMMAND that you produce the prisoner before the Duty Magistrate Judge of the U.S. District Court for the Northern District of California FORTHWITH.  You shall produce the prisoner at all times necessary until the termination of the proceedings in this Court.  Immediately thereafter, you shall abide by whatever further order the Court may make concerning his custody.

WE FURTHER COMMAND that if the prisoner is to be released from custody in the above-referenced institution, the prisoner be IMMEDIATELY delivered to the United States Marshal or any of his authorized deputies pursuant to this writ.

WITNESS the Honorable Edward M. Chen, United States Magistrate Judge of the United States District Court for the Northern District of California.

DATED:                                          CLERK
                                                UNITED STATES DISTRICT COURT
                                                NORTHERN DISTRICT OF CALIFORNIA

                                                _____
                                                DEPUTY CLERK

PETITION FOR WRIT OF HABEAS CORPUS
AD PROSEQUENDUM, CR 08-0332 WHA