1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  ERIKA R. FRICK (CSBN 208150)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-6973
7      Facsimile: (415) 436-7234
       Email: erika.frick@usdoj.gov
8
   Attorneys for Plaintiff

**FILED**
MAY 22 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0332 WHA |
| Plaintiff, ) | |
| ) | **PETITION FOR WRIT OF HABEAS** |
| v. ) | **CORPUS AD PROSEQUENDUM** |
| ) | |
| BRYAN MITCHELL JONES, ) | |
| a/k/a David Eugene Marcum, ) | |
| Defendant. ) | |

To the Honorable Edward M. Chen, United States Magistrate Judge of the United States District Court for the Northern District of California:

The United States of America respectfully petitions the Court to issue a Writ of Habeas Corpus Ad Prosequendum for the prisoner BRYAN MITCHELL JONES, a/k/a David Eugene Marcum. The prisoner is required to appear in the above-referenced matter FORTHWITH for

//
//
//

PETITION FOR WRIT OF HABEAS CORPUS
AD PROSEQUENDUM, CR 08-0332 WHA

1  his initial appearance before the Duty Magistrate in the above-referenced case. His place of
2  custody and jailor are set forth in the following writ.
3
4  DATED: May 21, 2008                           Respectfully submitted,
5                                                JOSEPH P. RUSSONIELLO
                                                  United States Attorney
6
7
                                                  /s/
8                                                 ERIKA R. FRICK
                                                  Assistant United States Attorney
9
10 IT IS SO ORDERED.
11
12 DATED: 5/21/08
13
                                                  HON. EDWARD M. CHEN
14                                                United States Magistrate Judge
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PETITION FOR WRIT OF HABEAS CORPUS
AD PROSEQUENDUM, CR 08-0332 WHA

|   |   |
|---|---|
| 1 | **THE PRESIDENT OF THE UNITED STATES OF AMERICA** |
| 2 | To: Federico Rocha, United States Marshal for the Northern District of California; any of his |
| 3 | authorized deputies; and the Jailor, Warden, or Sheriff of the Eastern Oregon Correctional |
| 4 | Institute, 2500 Westgate, Pendleton, Oregon 97801-0700, (541) 276-0700. |
| 5 | **GREETINGS** |
| 6 | The prisoner, BRYAN MITCHELL JONES, a/k/a David Eugene Marcum, Inmate |
| 7 | # 6188513, is in custody in the above-referenced institution. He is required to appear |
| 8 | FORTHWITH before the Duty Magistrate Judge on criminal charges now pending against him |
| 9 | in the United States District Court for the Northern District of California, 450 Golden Gate |
| 10 | Avenue, San Francisco, California 94102. Accordingly, |
| 11 | WE COMMAND that you produce the prisoner before the Duty Magistrate Judge of the |
| 12 | U.S. District Court for the Northern District of California FORTHWITH. You shall produce the |
| 13 | prisoner at all times necessary until the termination of the proceedings in this Court. |
| 14 | Immediately thereafter, you shall abide by whatever further order the Court may make |
| 15 | concerning his custody. |
| 16 | WE FURTHER COMMAND that if the prisoner is to be released from custody in the |
| 17 | above-referenced institution, the prisoner be IMMEDIATELY delivered to the United States |
| 18 | Marshal or any of his authorized deputies pursuant to this writ. |
| 19 | WITNESS the Honorable Edward M. Chen, United States Magistrate Judge of the United |
| 20 | States District Court for the Northern District of California. |
| 21 |   |
| 22 | DATED: 5/22/08 |
| 23 | CLERK, UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA |
| 24 |   |
| 25 | _____ DEPUTY CLERK |

PETITION FOR WRIT OF HABEAS CORPUS
AD PROSEQUENDUM, CR 08-0332 WHA