| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 6 min | | | |
|---|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>Lashanda Scott | | | REPORTER/FTR<br>10:13-10:19 | | |
| MAGISTRATE JUDGE<br>Bernard Zimmerman | | DATE<br>June 9, 2008 | | | NEW CASE<br>☐ | CASE NUMBER<br>CR08-0332 WHA | |
| **APPEARANCES** | | | | | | | |
| DEFENDANT<br>Bryan Mitchell Jones | | AGE<br>53 | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Jodi Linker | | PD. ☒ RET. ☐<br>APPT. ☐ |
| U.S. ATTORNEY<br>Thomas Stevens for Erika Frick | | INTERPRETER | | | ☒ FIN. AFFT<br>SUBMITTED | ☒ | COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Allen Lew | | | | DEF ELIGIBLE FOR<br>APPT'D COUNSEL | ☒ | PARTIAL PAYMENT ☐<br>OF CJA FEES |
| **PROCEEDINGS SCHEDULED TO OCCUR** | | | | | | | |
| ☒ INITIAL APPEAR<br>4 min | ☐ PRELIM HRG | | ☐ MOTION | | ☐ JUGM'T & SENTG | | ☐ STATUS |
| ☒ I.D. COUNSEL<br>1 min | ☒ ARRAIGNMENT<br>1 min | | ☐ BOND HEARING | | ☐ INITIAL APPEAR<br>REV PROB OR S/R | | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | | ☐ CHANGE PLEA | | ☐ PROB. REVOC. | | ☐ ATTY APPT<br>HEARING |
| **INITIAL APPEARANCE** | | | | | | | |
| ☒ ADVISED<br>OF RIGHTS | ☒ ADVISED<br>OF CHARGES | | ☐ NAME AS CHARGED ☐ TRUE NAME:<br>IS TRUE NAME | | | | |
| **ARRAIGNMENT** | | | | | | | |
| ☐ ARRAIGNED ON<br>INFORMATION | ☒ ARRAIGNED ON<br>INDICTMENT | | ☐ READING WAIVED<br>SUBSTANCE | | ☐ WAIVER OF INDICTMENT FILED | | |
| **RELEASE** | | | | | | | |
| ☐ RELEASED<br>ON O/R | ☐ ISSUED<br>APPEARANCE BOND | | AMT OF SECURITY<br>$ | SPECIAL NOTES | | ☐ PASSPORT<br>SURRENDERED<br>DATE: | |
| PROPERTY TO BE POSTED<br>☐ CASH  $ | | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ | | |
| ☒ MOTION<br>FOR<br>DETENTION | ☐ PRETRIAL<br>SERVICES<br>REPORT | | ☐ DETAINED ☐ RELEASED | | ☐ DETENTION HEARING<br>AND FORMAL FINDINGS<br>WAIVED | | ☒ REMANDED<br>TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | | | | |
| **PLEA** | | | | | | | |
| ☐ CONSENT<br>ENTERED | ☒ NOT GUILTY | | ☐ GUILTY | | GUILTY TO COUNTS: ☐ | | |
| ☐ PRESENTENCE<br>REPORT ORDERED | ☐ CHANGE OF PLEA | | ☐ PLEA AGREEMENT<br>FILED | | OTHER: | | |
| **CONTINUANCE** | | | | | | | |
| TO:<br>6/12/2008 | ☐ ATTY APPT<br>HEARING | | ☐ BOND<br>HEARING | | ☐ STATUS RE:<br>CONSENT | | ☐ STATUS /<br>TRIAL SET |
| AT:<br>9:30 a.m. | ☐ SUBMIT FINAN.<br>AFFIDAVIT | | ☐ PRELIMINARY<br>HEARING OR<br>ARRAIGN-<br>MENT | | ☐ CHANGE OF<br>PLEA | | ☐ OTHER |
| BEFORE HON.<br>BZ | ☒ DETENTION<br>HEARING | | | | ☐ MOTIONS | | ☐ JUDGMENT &<br>SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE<br>UNDER 18 § USC<br>3161 | | ☐ IDENTITY /<br>REMOVAL<br>HEARING | | ☐ PRETRIAL<br>CONFERENCE | | ☐ PROB/SUP REV.<br>HEARING |

**ADDITIONAL PROCEEDINGS**

6/24/2008 at 2:00 p.m. before Judge Alsup for Status/Trial Setting.
cc: BZ, Pretrial, WHA

DOCUMENT NUMBER: