**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: June 24 , 2008

Case No.:  CR 08-0332 WHA

Title:  UNITED STATES -v- Bryan Mitchell Jones (custody)

Appearances:
    For the Government:  Erica Frick

    For the Defendant(s): Jodi Linker

Interpreter: n/a                                Probation Officer: n/a

Deputy Clerk: Frank Justiliano            Court Reporter:  Jim Yeomans

**PROCEEDINGS**

1)  Status hearing - HELD.

2)  

Case continued to **8/5/08 at 2:00  p.m.**   for Trial Setting

Time Excluded:    **Begins: 6/24/08**            **Ends: 8/5/08**

**ORDERED AFTER HEARING:**

Time excluded for effective preparation.  Stipulation re:  exclusion of time to be submitted.