UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: August 5, 2008

Case No.: CR 08-0332

Title: UNITED STATES -v- BRYAN MITCHELL JONES (custody)

Appearances:
    For the Government: Erica Frick

    For the Defendant(s): Jodie Linker

Interpreter: None      Probation Officer: n/a

Deputy Clerk: Frank Justiliano      Court Reporter: Katherine Sullivan

**PROCEEDINGS**

1) Trial Setting - Held.

2) 

Case continued to **8/19/08 @ 2:00 p.m.** for Status/Change of plea

Time Excluded: **Begins:**      **Ends:**

**ORDERED AFTER HEARING:**

Proposed plea agreement to be submitted. Counsel agrees that exclusion of time will automatically run upon filing of document.