UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

*FILED AUG 25 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

Date: August 19, 2008

Case No.: CR 08-00332 WHA

Title: UNITED STATES -v- BRYAN MITCHELL JONES (custody)

Appearances:

    For the Government: Erica Frick

    For the Defendant(s): Jodie Linker

Interpreter: n/a      Probation Officer: n/a

Deputy Clerk: Dawn Toland      Court Reporter: Margo Gurule

**PROCEEDINGS**

1) Change of Plea - HELD

2) _____

Case continued to **11/18/08 at 2:00 pm** for Sentencing

**ORDERED AFTER HEARING:**

Plea Agreement filed. Defendant entered a guilty plea to Count One of the Indictment. Probation referral form given to counsel.